# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| APOLLO METALS, LTD, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 06-5245 |
| | : | |
| ELECTROPLATING TECHNOLOGIES, LTD, | : | |
| | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 23rd day of November, 2009, upon consideration of the defendant's motion to dismiss and compel arbitration (Document #45), the plaintiff's response thereto (Document #50), the defendant's reply brief (Document #53), and the plaintiff's sur-reply (Document #56), it is hereby ORDERED that the motion is GRANTED in its entirety.

IT IS FURTHER ORDERED that:

(1) All claims and counterclaims are hereby dismissed with prejudice.

(2) The parties shall initiate binding arbitration of Counts I and II of the complaint, and Count XIII of the second amended counterclaim.

(3) This court shall retain jurisdiction over this action for the following purposes: (a) to assist the parties in selecting an arbitrator, if necessary; and (b) for an entry of judgment upon completion of the arbitration proceedings.

(4) The Clerk of Court is directed to mark this case CLOSED for statistical purposes and to place this case in SUSPENSE pending the arbitration proceedings.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.